THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE PANTIEL, Appellant, against WARDEN OF THE HOUSE OF DETENTION FOR WOMEN et al., Respondents.

Submitted June 2, 1941; decided June 3, 1941.

*William O'Dwyer, District Attorney (Edward H. Levine* of counsel), for motion.

*Joseph A. Solovei* opposed.

Motion denied with leave to renew on argument of appeal.